```
                                              FILED
                                         U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA

                                         2007 SEP 20  PM 3: 54

                                         LORETTA G. WHYTE
                                               CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CRAIG BRYANT  116523            CIVIL ACTION

VERSUS            NO. 06-88

LOUISIANA STATE            SECTION "K" (5)

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

_____

_____

☒ a certificate of appealability shall not be issued for the following reason(s): The petitioner has not made a substantial showing of the denial of a constitutional right.

_____

Date: Sept. 19, 2007

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____